IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MARIO BLACKWELL, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CIV-16-579-D |
| ) | |
| JOE M. ALLBAUGH, Director, *et al.*, ) | |
| ) | |
| Respondents. ) | |

**O R D E R**

This matter is before the Court for review of the Report and Recommendation issued by United States Magistrate Judge Suzanne Mitchell on August 10, 2016. Judge Mitchell recommends the denial of Petitioner's application for leave to proceed *in forma pauperis* (IFP) because he has sufficient financial resources to pay the $5.00 filing fee for his Petition. Petitioner has not filed a timely objection. Thus, the Court finds that Petitioner has waived further review of the issues addressed in the Report.

IT IS THEREFORE ORDERED that the Report and Recommendation [Doc. No. 12] is ADOPTED, and Petitioner's IFP motion and application [Doc. Nos. 6 & 8] are DENIED. Petitioner shall pay the $5.00 filing fee, or show cause for nonpayment, within 20 days from the date of this Order.

IT IS SO ORDERED this 8th day of September, 2016.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE